**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| **Plaintiff,** | * | **CASE NO. 8:15-cv-01222-PJM** |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 68.55.159.107,** | * | |
| | * | |
| **Defendant.** | * | |

## NOTICE OF FILING CERTIFICATIONS

PLEASE TAKE NOTICE of Plaintiff's filing the attached certifications for **Exhibits A and B** for the ORDER granting MOTION to Expedite Discovery entered by Judge Peter J. Messitte on June 3, 2015 [DE 6].

Respectfully submitted,

MALIBU MEDIA, LLC.
PLAINTIFF
By:   /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #6479
*Counsel*
Maddox, Hoppe, Hoofnagle & Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580